AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| KEVIN A. JOHNSON | Case No. 08-po-00024-GJR |
| | USM No. |
| | Pro se, without counsel |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 C.F.R. § 2.1(a)(1)(i) | Possess and Disturb an antler | 07/22/2008 | One |

☑ Count(s)  Two   ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

Total: $210.00    **Assessment** $ 10.00    **Fine** $ 200.00

Last Four Digits of Defendant's Soc. Sec. No.: 6856

Defendant's Year of Birth: 1989

City and State of Defendant's Residence: Crawford, CO

07/22/2008
Date of Imposition of Judgment

*Signature of Judge*

Gudrun J. Rice    Magistrate Judge
Name and Title of Judge

07/23/2008
Date